**Thurmond B. BOWERS,
Plaintiff–Appellant,**

v.

**Michael J. ASTRUE, Commissioner
of Social Security, Defendant–
Appellee.**

No. 07–1546.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 12, 2008.

Decided: June 20, 2008.

Robertson H. Wendt, Jr., Law Offices of Robertson Wendt, North Charleston, South Carolina, for Appellant. Deana R. Ertl–Lombardi, Regional Chief Counsel, Yvette G. Keesee, Deputy Regional Chief Counsel, Thomas S. Inman, Assistant Regional Counsel, Denver, Colorado, for Appellee.

Before MICHAEL, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thurmond B. Bowers appeals the magistrate judge's order upholding the denial of his application for disability insurance benefits.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *See Bowers v. Astrue,* No. 3:05–cv–03477–JRM (D.S.C. Mar. 7, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* The parties consented to referral to a magistrate judge for final disposition under 28 U.S.C. § 636(c) (2000).